682

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DE WITT GROVES and GERALD FRYE, Appellants.

Christ, Rabin and Nolan, JJ., concur; Beldock, P. J., and Benjamin, J., dissent and vote to affirm the judgments, with the following memorandum: In our opinion, the statement by the trial court followed by the sentence imposed was tantamount to the imposition of an indeterminate sentence without comment from which a determination of reformability may reasonably be inferred. The statement at bar is distinguishable from that made in *People* v. *Jemmott* (26 A D 2d 937), which, in the opinion of the majority of this court, constituted a disclaimer of any finding of reformability.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LEE, Appellant.

Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.